**Michael RYTTING, Plaintiff–Appellant,**

v.

**Ray ALLEN, Defendant–Appellee.**

No. 06–15858.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Michael Rytting, Ely, NV, pro se.

Eddie S. Gulbenkian, Esq., Jill C. Davis, Esq., Office of the Nevada Attorney General, Las Vegas, NV, for Defendant–Appellee.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Michael Rytting, a Nevada state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly determined that Rytting failed to exhaust prison grievance procedures prior to filing suit in federal court. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" requires adherence to administrative procedural rules); *McKinney v. Carey*, 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam) (holding that exhaustion under 42 U.S.C. § 1997e(a) must occur prior to commencement of the action). We construe the district court's dismissal to be without prejudice. *See Wyatt*, 315 F.3d at 1120.

In light of this disposition, we do not reach any alternate bases for dismissal relied upon by the district court.

Rytting's pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.